**Joe MORGAN, Brenda Morgan, Jack Pace, Ralph C. Ingram, Jr., individually and on behalf of the partnership Cedar Grove, Ltd., and Gahagan Land & Timber Co., Plaintiffs–Appellants,**

v.

**UNITED STATES, Defendant–Appellee.**

Nos. 2007–5012 to 2007–5015.

United States Court of Appeals, Federal Circuit.

June 29, 2007.

### ORDER

Order Vacated, See 2007 WL 2127137.

The appellant having failed to file an appendix required by Federal Circuit Rule 30(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for

failure to prosecute in accordance with the rules.